UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

       v.                              :          CRIMINAL NO. 06-527 (RBK)

RODNEY SMALLEY                    :          ORDER

THIS MATTER HAVING come before the court upon the application of defendant, Rodney Smalley, through his attorney, Richard Coughlin, seeking a discharge from supervised release, and the court having considered the letter submitted by Richard Coughlin, Federal Public Defender, as well as the Presentence Investigation Report, and the court finding that defendant has served the requisite minimum of one year of supervised release and the court having reviewed the factors set forth in 18 U.S.C. §3553,

IT IS ON THIS 6th day of February 2012, ORDERED that defendant's Motion for Discharge from Supervised Release be and is hereby GRANTED.

                                                                HONORABLE ROBERT B. KUGLER
                                                                United States District Judge